20204. Hood *v.* National Manufacturers & Stores Corp.

Luke, J. On examination of the petition for certiorari, sanction of which was refused by the judge of the superior court, no legal reason appears why the refusal to sanction was error.

*Judgment affirmed. Broyles, C. J. and Bloodworth, J., concur.*

Decided March 4, 1930.

*E. F. Goodrum,* for plaintiff in error.
*Harris, Harris & Popper,* contra.